UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

JASON PAUL WAWIERNIA,

Plaintiff-Appellant,

v.

THREDUP, INC.,

Defendant-Appellee.

Case No: 25-2035

(District Court No: 1:24-cv-00810)

RECEIVED
01/22/2026
KELLY L. STEPHENS, Clerk

EMERGENCY MOTION FOR STAY OF PROCEEDINGS AND EXTENSION OF TIME TO SECURE COUNSEL

Now comes Plaintiff-Appellant, Jason Paul Wawiernia, appearing pro se, and moves this Honorable Court for an Emergency Stay of Proceedings and an Extension of Time to Secure Counsel. In support, Plaintiff-Appellant states:

This is a Qui Tam/False Claims Act action involving documented evidence of corporate fraud against the United States.

Defendant-Appellee has filed a Motion to Dismiss based on the procedural rule that a pro se relator may not represent the interests of the United States.

Plaintiff-Appellant acknowledges this requirement and is currently in active communication with specialized Qui Tam attorneys and whistleblower advocacy groups.

The underlying evidence of the crime is factual and substantiated.

This is a Qui Tam action under the False Claims Act involving documented evidence of systemic postal fraud.

The District Court committed a reversible legal error by failing to apply the plain meaning of "Return Services" under DMM Section 505, effectively legalizing the misclassification of origin-bound parcels as "returns."

Based on Defendant-Appellee's 2024 Impact Report, the company received over 680,000 Clean Out Kits in a single year. These kits are designed for shipments of up to 30 lbs.

By utilizing flat-rate Parcel Return Service (PRS) labels for these heavy, origin-bound shipments, Defendant-Appellee avoids weight-based commercial postage.

The estimated avoided postage exceeds $100,000,000 since 2019, creating a potential liability (with treble damages) exceeding $324,000,000.

Dismissal of this appeal on procedural grounds would result in a Manifest Injustice and the permanent loss of a nine-figure recovery for the United States Treasury.

Pursuant to 6th Cir. R. 27, Plaintiff-Appellant requests a 60-day stay of all proceedings, including the pending Motion to Dismiss, to allow counsel to enter an appearance.

Respectfully submitted,

Dated: January 22, 2026

/s/ Jason Paul Wawiernia

13458 Boyer Rd. Mulliken, MI. 48861

(517)231-0960

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I served the foregoing document via email upon the attorneys for ThredUp, Inc. at the firm of Benesch, Friedlander, Coplan & Aronoff LLP, and by filing the same with the Clerk of the Court via the Pro Se E-filing email system.

/s/ Jason Paul Wawiernia