RECEIVED
01/22/2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

JASON PAUL WAWIERNIA, Plaintiff-Appellant, v. THREDUP, INC., Defendant-Appellee.

Case No: 25-2035

MOTION FOR IMMEDIATE CONSIDERATION

Pursuant to 6th Cir. R. 27(f), Plaintiff-Appellant moves for immediate consideration of the concurrently filed Motion for Stay. Immediate consideration is necessary because a Motion to Dismiss is currently pending, and without a stay, this meritorious appeal will be dismissed on a technicality before Plaintiff can secure counsel.

Dated: January 22, 2026

/s/ Jason Paul Wawiernia