No. 25-2035

# UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

_____

UNITED STATES OF AMERICA EX REL. JASON WAWIERNIA
*Plaintiff – Appellant*

v.

THREDUP INC.
*Defendant-Appellee*

_____

On Appeal from the United States District Court for the Western District of
Michigan

No. 1:24cv810

_____

## DEFENDANT-APPELLEE THREDUP INC.'S MOTION FOR RULING REGARDING DISMISSAL OF APPEAL

_____

Marisa T. Darden
Matthew D. Ridings
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500
MDarden@beneschlaw.com
MRidings@beneschlaw.com

April 17, 2026

On February 11, 2026, this Court issued an order granting *pro se* relator Jason Wawiernia's motion to hold this appeal in abeyance. The Court ruled that the *pro se* realtor would be afforded 60 days from the date of the order to retain counsel on appeal, and if no counsel has entered an appearance, the Court would consider Defendant-Appellee ThredUp Inc.'s ("ThredUp") motion to dismiss (Dkt. 3). The Court's deadline for counsel's appearance expired on April 12, and no counsel has appeared on behalf of the realtor. Accordingly, because realtors who bring *qui tam* suits on behalf of the United States cannot proceed *pro se*, *Stephens v. Nat'l City Corp.*, No. 20-3746, 2021 WL 3027864, at * 4 (6th Cir. June 14, 2021), ThredUp respectfully requests that this Court grant its motion to dismiss this appeal.

Mr. Wawiernia is not a lawyer, and the motions that he has filed "acknowledge [the] requirement" that a *pro se* relator cannot represent the interests of the United States. (Dkt. 8, at 2); *see also Georgakis v. Illinois State Univ.*, 722 F.3d 1075, 1077 (7th Cir. 2013) ("[T]o maintain a suit on behalf of the government, the relator . . . has to be either licensed as a lawyer or represented by a lawyer"). Mr. Wawiernia is not authorized to act on behalf of the United States, and consequently, this appeal is void *ab initio* and should be dismissed.

Mr. Wawiernia, who was represented by counsel at the District Court, terminated that counsel on or about October 29, 2025. (*United States of America ex rel. Jason Wawiernia,* No. 1:24cv810 (W.D. Mich.) Dkt. 56, PageID 426). Mr.

Wawiernia has had six months to seek counsel and, more pointedly, over 60 days from this Court's February 11 order. No counsel has entered an appearance, undoubtedly in no small part due to the District Court's well-reasoned opinion dismissing the case on its merits. (RE 53, PageID #405) ("Relator has no support for his allegation that ThredUp improperly used the Parcel Return Service, and so ThredUp's use of the labels cannot be fraudulent. Without any plausible inference of fraud, Relator's qui tam claim fails.").

This Court has provided Mr. Wawiernia an opportunity to obtain counsel, and no counsel has appeared. ThredUp therefore respectfully requests that this Court grant its motion to dismiss the appeal (Dkt. 3). *See, e.g.*, *United States v. Lockheed Martin Corp.*, 237 Fed. Appx. 802, 803 (4th Cir. 2007) (dismissing appeal brought by *pro se* relator).

DATED: April 17, 2026      Respectfully submitted,

*/s/    Matthew D. Ridings*
Marisa T. Darden
Matthew D. Ridings
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
216.363.4500
mdarden@beneschlaw.com
mridings@beneschlaw.com

*Attorneys for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2), I hereby certify that the forgoing motion complies with the type-volume limitation pursuant to Fed. R. App. P. 32(a). The forgoing motion contains 393 words of Times New Roman 14-point proportional type across 29 lines of text. The word processing software to prepare this brief was Microsoft Word.

Dated: April 17, 2026
/s/    Matthew D. Ridings
Matthew D. Ridings

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have mailed courtesy copies of the foregoing document to the case participants identified below.

Mr. Jason Wawiernia
13458 Boyer Road
Mulliken, MI 4886
*Appellant*

/s/    Matthew D. Ridings
Matthew D. Ridings