No. 25-2035

**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

---

UNITED STATES OF AMERICA EX REL. JASON WAWIERNIA
*Plaintiff – Appellant*

v.

THREDUP INC.
*Defendant-Appellee*

---

On Appeal from the United States District Court for the Western District of Michigan

No. 1:24cv810

---

**DEFENDANT-APPELLEE THREDUP INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPELLEE BRIEF**

---

Marisa T. Darden
Matthew D. Ridings
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500
MDarden@beneschlaw.com
MRidings@beneschlaw.com

September 4, 2026

On July 21, 2026, Wawiernia filed his Appellant Brief (Dkt. 19.) On August 17, 2026, nearly a month later, Wawiernia filed a Motion For Leave to File Corrected Principal Brief. (Dkt. 20.) Despite not receiving a ruling from the Court on his Motion, Wawiernia tendered his Corrected Appellant Brief on the same day he filed his Motion for Leave. (Dkt. 21.) Per the Court's Briefing Letter in this matter, ThredUp's appellee brief was not due until August 27, 2026. (Dkt. 18.)

On August 27, 2026, ThredUp filed its Appellee Brief. (Dkt. 22.) Because the Court had not ruled on Wawiernia's Motion for Leave to File Corrected Principal Brief before August 27, 2026, ThredUp's Appellee Brief responded to Wawiernia's July 21, 2026 Appellant Brief (Dkt. 19)—not his Tendered Corrected Appellant Brief. In its Appellee Brief, ThredUp noted Wawiernia's Tendered Corrected Appellant Brief and requested the right to respond to Wawiernia's Tendered Corrected Brief should the Court accept the filing. (*Id.* at 10, n.1.)

On August 31, 2026, this Court granted Wawiernia's Motion For Leave to File Corrected Principal Brief (Order, Dkt. 23) and accepted the Corrected Appellant Brief as filed. (Corrected Appellant Br., Dkt. 24) Specifically, the Court noted: "The case shall proceed on the corrected appellant brief." (Dkt. 23.) ThredUp now requests leave to file a supplemental appellee brief responding to the Corrected Appellant Brief so it may adhere to the Court's determination that the "case shall proceed on the corrected appellant brief." (*Id.*)

Pursuant to the Federal Rules of Appellate Procedure, the briefing schedule for an appeal generally consists of an appellant brief, an appellee brief, and a permissive appellant reply brief. FED. R. APP. P. 28. Specifically, Rule 28 states "[u]nless the court permits, no further briefs may be filed." *Id.* ThredUp now requests permission from the Court to file its supplemental appellee brief. This request is not made for purposes of delay or to circumvent the briefing schedule permitted by Fed. R. App. P. 28. ThredUp has good faith basis to request the Court's permission to file a Supplemental Appellee Brief: ThredUp intends only to update citations to the Corrected Appellant Brief and address new or different material contained in Wawiernia's Corrected Appellant Brief. (Dkt. 24.) ThredUp's proposed Supplemental Appellee Brief has been filed contemporaneously with this brief.

ThredUp therefore respectfully requests that this Court grant its motion for leave to file its supplemental appellee brief, responding to the changes made to Wawiernia's Corrected Appellate Brief (Dkt. 24.)

DATED: September 4, 2026

Respectfully submitted,

*/s/ Matthew D. Ridings*
Marisa T. Darden
Matthew D. Ridings
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
216.363.4500
mdarden@beneschlaw.com
mridings@beneschlaw.com

*Attorneys for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2), I hereby certify that the forgoing motion complies with the type-volume limitation pursuant to Fed. R. App. P. 32(a). The forgoing motion contains 411 words of Times New Roman 14-point proportional type across 34 lines of text. The word processing software to prepare this brief was Microsoft Word.

Dated: September 4, 2026

*/s/* Matthew D. Ridings
Matthew D. Ridings

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have mailed courtesy copies of the foregoing document to the case participants identified below.

Mr. Jason Wawiernia
13458 Boyer Road
Mulliken, MI 4886
*Appellant*

/s/ Matthew D. Ridings
Matthew D. Ridings